IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DORETHA HARDEN,**<br><br>   **Plaintiff,**<br><br>v.<br><br>**FAMILY DOLLAR STORES OF GEORGIA, LLC,**<br><br>   **Defendant.** | **CIVIL ACTION**<br>**FILE NO. _____**<br><br>**State Court File No.**<br>**21-SCCV-092526** |

## NOTICE OF REMOVAL OF CIVIL ACTION

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441(a) and (b), and 1446, Defendant Family Dollar Stores of Georgia, LLC ("Family Dollar") hereby removes this action from the State Court of Bibb County to the United States District Court for the Middle District of Georgia, Macon Division. The grounds for removal are as follows:

### PROCEDURAL BACKGROUND

1.

On February 24, 2021, Plaintiff Doretha Harden ("Harden") commenced this civil action against Defendant Family Dollar by filing a Complaint in the State Court of Bibb County, Georgia, Case No. 21-SCCV-092526.

2.

Service was made on Family Dollar on March 1, 2021. A true and correct copy of the Summons and the Complaint are attached hereto as Exhibit A. In accordance with 28 U.S.C. § 1446(b)(1), this Notice of Removal is filed within 30 days of the date on which Family Dollar was served with the initial pleading.

3.

In the Complaint, Plaintiff sets forth various causes of action against Family Dollar, including: (1) premises liability; (2) vicarious liability; (3) and negligent training and supervision. (*See* Complaint, ¶¶ 9–20). Plaintiff is seeking to recover past and future medical expenses, pain and suffering, and emotional distress damages. Plaintiff alleges that the incurred medical expenses exceed $100,000.00. (*See* Complaint, ¶ 8).

4.

The basis for this Court's jurisdiction is diversity of citizenship pursuant to 28 U.S.C. §§ 1332 and 1441.

## PARTIES

5.

Plaintiff Doretha Harden is a resident of Bibb County, Georgia and accordingly, is domiciled in the state of Georgia for the purposes of diversity jurisdiction.

6.

Defendant Family Dollar, a limited liability company, has a sole member: Family Dollar Stores, Inc. Family Dollar Stores, Inc. is incorporated in the state of Delaware and maintains its principal place of business in Virginia. Accordingly, Family Dollar is domiciled in the states of Delaware and Virginia for the purposes of diversity jurisdiction.

## REMOVAL IN COMPLIANCE WITH 28 U.S.C. § 1446

7.

This removal has been effectuated within 30 days of Plaintiff serving Defendants with the Complaint. Therefore, this removal is timely under 28 U.S.C. § 1446(b).

8.

Defendants have, as required by 28 U.S.C. § 1446(d), given notice of this removal to both the State Court of Bibb County and Plaintiff. A copy of said Notice is attached as Exhibit B.

9.

This Court has original jurisdiction over this action under 28 U.S.C. § 1332 because the parties are completely diverse, and the amount in controversy exceeds $75,000 (exclusive of interest and costs). Accordingly, removal of this case to this Court is proper under 28 U.S.C. § 1441.

10.

Venue is this Court is proper because the United States District Court for the Middle District of Georgia, Macon Division, encompasses Bibb County, Georgia—the jurisdiction in which Plaintiff filed her original Complaint.

## BASIS FOR REMOVAL

11.

Removal is appropriate under 28 U.S.C. § 1332(a)(1) because: (1) there is complete diversity between Plaintiff and Defendants; and (2) the amount in controversy exceeds $75,000.

**A.   Complete Diversity of Citizenship Exists Between Plaintiff and Defendants.**

12.

For jurisdiction to be proper under 28 U.S.C. § 1332, Plaintiff and Defendants must not be citizens of the same state. 28 U.S.C. § 1332(a)(1) (2013); *Wisc. Dep't of Corrections, et al. v. Schacht*, 524 U.S. 381, 388 (1998) (holding that "[a] case falls within the federal district court's 'original' diversity 'jurisdiction' only if diversity of citizenship among the parties is complete, *i.e.*, only if there is no plaintiff and no defendant who are citizens of the same State").

13.

Plaintiff is domiciled in Georgia.

14.

Pursuant to 28 U.S.C. § 1332(c)(1), Defendant is domiciled in Delaware and Virginia.

15.

No Defendant is domiciled in the same state as Plaintiff. Therefore, complete diversity exists in this case.

**B.    The Amount in Controversy is Satisfied.**

16.

For jurisdiction to be proper under 28 U.S.C. § 1332, the amount in controversy must exceed $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a).

17.

Plaintiff seeks damages for "past and future medical expenses" and "mental and physical pain and suffering and emotional distress." (Complaint, ¶¶ 20(a)–(c)). Plaintiff's alleged medical expenses alone are in excess of $100,000. Accordingly, the amount in controversy exceeds $75,000 (exclusive of interest and costs) for purposes of this removal. *See El Chico Rests. v. Aetna Cas. & Sur. Co.*, 980 F. Supp. 1474, 1478 (S.D. Ga. 1997) (finding removal appropriate where no specific dollar amount is prayed for in the Complaint, but it is readily apparent the relief sought exceeds the jurisdictional amount).

18.

Because the parties are completely diverse in citizenship, and the amount in controversy exceeds $75,000, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and removal jurisdiction pursuant to 28 U.S.C. § 1441.

**WHEREFORE**, Defendant prays that this case be removed to the United States District Court for the Middle District of Georgia, Macon Division.

Respectfully submitted this 30th day of March, 2021.

>   */s/ Jordan B. Elliott*
>   **R. MATTHEW SHOEMAKER**
>   State Bar No.: 339367
>   **JORDAN B. ELLIOTT**
>   State Bar No.: 861627
>   *Attorneys for Defendant Family Dollar Stores*
>   *of Georgia, LLC*

JONES CORK, LLP
435 Second Street
P. O. Box 6437
Macon, Georgia 31208-6437
Telephone: (478) 745-2821
Facsimile: (478) 743-9609
jordan.elliott@jonescork.com
matt.shoemaker@jonescork.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a true and correct copy of the Notice of Removal of Civil Action upon counsel of record in this matter:

>Austin R. Goble
>Mayo Hill
>577 Mulberry Street, Suite 720
>Macon, Georgia 31208

by depositing same in the United States Mail with sufficient postage affixed thereon to ensure delivery.

This 30th day of March, 2021.

>/s/ Jordan B. Elliott
>**ROBERT M SHOEMAKER**
>State Bar No.: 339367
>**JORDAN B. ELLIOTT**
>State Bar No.: 861627
>*Attorneys for Defendant Family Dollar Stores of Georgia, LLC*