IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DORETHA HARDEN, <br><br> Plaintiff, <br><br> v. <br><br> FAMILY DOLLAR STORES OF GEORGIA, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 5:21-CV-00105-TES |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff DORETHA HARDEN and Defendant FAMILY DOLLAR STORES OF GEORGIA, LLC, and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41, to Plaintiff dismissing this case, and all the claims brought herein, with prejudice.

Respectfully submitted this 28 day of September, 2022.

/s/ Cameron Woodward
**CAMERON N. WOODWARD**
State Bar No. 898829
***Attorney for Plaintiff Doretha Harden***

MAYO | HILL
P.O. Box 4628
Macon, GA 31208
(478) 238-9898
cameron@mayohill.law

/s/ Matt Shoemaker
**R. MATT SHOEMAKER**
State Bar No. 339367
***Attorney for Defendant Family Dollar Stores of Georgia, LLC***

JONES CORK, LLP
435 Second Street
P. O. Box 6437

Macon, Georgia 31208-6437
Telephone: (478) 745-2821
Facsimile: (478) 743-9609
matt.shoemaker@jonescork.com